NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KADRIAN RANDOLPH, DOC #C11592,      )
                                    )
            Appellant,              )
                                    )
v.                                  )
                                    )        Case No.  2D17-1632
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Dane K. Chase, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellant.


PER CURIAM.


            Affirmed.


BLACK, SLEET, and SALARIO, JJ., Concur.